IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMMANUEL WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. CIV-24-0123-HE |
| GARFIELD COUNTY JAIL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff Emmanuel Wright, a state prisoner proceeding *pro se* and *in forma pauperis*, brought this action pursuant to 42 U.S.C. § 1983, asserting violations of his constitutional rights. On July 10, 2024, U.S. Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation recommending the dismissal of plaintiff's complaint in its entirety. Plaintiff was advised of his right to object to the Report and Recommendation by August 15, 2024.[1] No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** Magistrate Judge Green's Report and Recommendation [Doc. #12] and **DISMISSES** plaintiff's complaint without prejudice.

---

[1] *Plaintiff was initially given until July 31, 2024 to file his objection. Upon receipt of plaintiff's change of address, the deadline for plaintiff to file an objection was extended to August 15, 2024.*

**IT IS SO ORDERED.**

Dated this 29th day of August, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE